IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| **CHARLES K. YOUNG,** | : | |
| **Plaintiff,** | : | Case No. 3:07-cv-176 |
| -vs- | : | **District Judge Walter H. Rice**<br>**Chief Magistrate Judge Michael R. Merz** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| **Defendant.** | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (Doc. #9), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on December 18, 2007, hereby ADOPTS said Report and Recommendations.

Accordingly, the Commissioner's decision that Plaintiff is not disabled and not entitled to payment of benefits be AFFIRMED. The Clerk shall enter judgment accordingly.

December 19, 2007.

Walter H. Rice
United States District Judge